IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CARVER & ASSOCIATES, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:13CV00553 SWW |
| WHITTEN CONSTRUCTION | * | |
| MANAGEMENT, INC. | * | |
| | * | |
| Defendants | * | |
| | * | |
| | * | |
| | * | |

## ORDER

Pursuant to the parties' stipulation of dismissal entered June 17, 2014 (ECF No. 24) and pursuant to Rule 41(a)(1)(A)(ii), the remaining claims in this action are DISMISSED WITHOUT PREJUDICE, and the action is dismissed in its entirety.

IT IS SO ORDERED THIS 19TH DAY OF JUNE, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE